CATHERINE CLOSE, Respondent, *v.* WILLIAM M. CALDER COMPANY, Appellant.

*Close* v. *Calder Company*, 139 App. Div. 175, affirmed.
(Argued October 24, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 8, 1910, in favor of plaintiff upon the submission of a controversy, under section 1279 of the Code of Civil Procedure, as to the marketabilty of the title to certain real property.

*Harry Percy David* for appellant.

*James A. Sheehan* for respondent.

Judgment affirmed, with costs, on the authority of *Loring* v. *Binney* (38 Hun, 152; affd., 101 N. Y. 623); no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.